UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DWIGHT REID

                               Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- ( )( )

Defendant __DWIGHT REID__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_Dwight Reid / MKB_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Dwight Reid_
Print Defendant's Name

_Michael K Burke_
Defendant's Counsel's Signature

_Michael K Burke_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge