UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA             :

        -v-                  :     ORDER
DWIGHT REID, et al.,
                                   :     20 Cr. 626 (PMH)

                Defendants.       :

- - - - - - - - - - - - - - - - - - - -X

      Upon the application of the Government, by and through AUSAs Shiva H. Logarajah, Jacob Warren, and David R. Felton, and with the consent of all defendants in this matter, by and through their counsel, it is hereby ORDERED that time until the initial pre-trial conference in this matter on __2/3/21__ is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so that the Government may begin the production of discovery in this matter.


Dated:  White Plains, New York
       December __15__, 2020

                                            _____
                                            HON. PHILIP M. HALPERN
                                            UNITED STATES DISTRICT JUDGE