UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
v.                                         :
                                           :
Dwight Reid, -1                            :        **ORDER**
Christopher Erkskine -2                    :
Walter Luster-3                            :        20 CR 626 (PMH)
Deshawn Thomas -4
Naya Austin -5
Brandon Nieves -6
                        Defendants.
------------------------------------------------------------x

**An <u>initial conference</u> in this matter is scheduled for February 1, 2021, at 10:30 a.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant(s) waive their right to be physically present and consent to appear by telephone after consultation with counsel. A waiver form is annexed hereto.

**Members of the press and public may call the same number below but will not be permitted to speak during the conference.**

Accordingly, it is hereby ORDERED:

1. Defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone. The waiver form is to be signed by both the defendant and defense counsel, must be received by chambers in advance of the conference. If it is not received prior to the conference, the Court may cancel and adjourn the conference to a new date.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

PLEASE BE ON TIME FOR THE CONFERENCE!

**Dial-In Number**:      (888) 398-2342
**Access Code:**          3456831

Dated: January 6, 2021                                              SO ORDERED:

_____
Philip M. Halpern, U.S.D.J.