

## HODGES WALSH & BURKE, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Esq. Partner
Mburke@hwb-lawfirm.com

January 25, 2021

Hon. Philip M. Halpern                                **VIA ECF**
United States District Court Judge
Southern District of New York
300 Quarropas Street White Plains, New York 10601

Re: *United States v. Dwight Reid*, 20 Cr. 626 (PMH)

Dear Judge Halpern,

Pursuant to the Court's Order (Docket Entry 77) dated January 6, 2021 the undersigned writes to inform the Court that Mr. Rei has waived his right to be physically present before the Court on February 1, 2021 for the purpose of the status conference. Attached herewith, is a signed Consent to Proceed by Video or Teleconference.

Thank you for your consideration.

Very truly yours,

Michael K. Burke

Cc: AUSA Shiva Logarajah via ECF

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

DWIGHT REID

      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 626 (PMH) (___)

Defendant __DWIGHT REID_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_Dwight Reid/MKB_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
DWIGHT REID
Print Defendant's Name

_Michael K Burke_
Defense Counsel's Signature

MICHAEL K. BURKE
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge