March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

Dwight Reid ,

        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 626 (PMH) (__)

Defendant __Dwight Reid_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DWIGHT Reid
Print Defendant's Name

_____
Defense Counsel's Signature

MICHAEL K. BURKE
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/16/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge