UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

                ORDER

DWIGHT REID, CASWELL SENIOR, and
DESHAWN THOMAS,         20-cr-626-PMH

      Defendants.
---------------------------------------------------------X

  Defendants Dwight Reid, Caswell Senior, Deshawn Thomas, and their counsel, as well as counsel for the Government, appeared via telephone for a status conference and arraignment at 10:30 a.m. today. For the reasons indicated on the record, only Defendant Caswell Senior was arraigned on the S6 Superseding Indictment filed on November 8, 2021. Arraignments for Defendants Dwight Reid and Deshawn Thomas were adjourned in order to give their respective counsel the opportunity to meet and confer with them.

  Defendants shall file their pretrial motions and opening brief by February 15, 2022; the Government shall file its brief in opposition by April 1, 2022; and Defendants shall file their reply by April 22, 2022. No adjournments of this motion schedule shall be granted absent good cause shown. This motion schedule shall be held in abeyance as to Defendant Brandon Soto pending a further order of this Court.

  For any pretrial motion that addresses an issue common to these multiple Defendants (as well as the other individual defendants for whom conferences are taking place tomorrow), Defendants' counsel is directed to meet and confer and to file a joint motion. The parties are directed to adhere to the following page limits for motions relating to common issues:

- Defendants' Joint Opening Brief: 25 pages

- Government's Opposition: 25 pages

- Defendants' Joint Reply: 10 pages

For any pretrial motion that address an issue that is unique to a particular Defendant, that Defendant may file an individual motion, and the parties are directed to adhere to the following page limits relating to individual motions:

- Defendant's Opening Brief: 5-10 pages

- Government's Opposition: 5-10 pages

- Defendant's Reply: 5 pages

The Government requested, with the consent of the defendants, that the time period from November 16, 2021 through and including April 22, 2022, be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). For the reasons set forth on the record, that application was granted.

Dated: White Plains, New York
       November 16, 2021

_____
Philip M. Halpern
United States District Judge