UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                              **ORDER**

DWIGHT REID, et al.,                                       20-CR-00626 (PMH)

                               Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for the Government and defendants Dwight Reid, Christopher Erskine, and Robert Woods, together with their counsel, appeared today for a pretrial conference and bench ruling in person in Courtroom 520.

Based upon the parties' written submissions and for the reasons indicated on the record and law cited therein, the motion to dismiss the indictment filed by defendant Erskine on January 12, 2023 and joined by defendant Reid on January 20, 2023 (Doc. 544; Doc. 557) is DENIED. The Court further notes that even if it had found a Speedy Trial Act violation, the indictment would have been dismissed without prejudice. See transcript.

A pretrial scheduling order will be separately docketed.

The Clerk of Court is respectfully directed to terminate the pending motions: Doc. 544 and Doc. 557.

**SO ORDERED.**

Dated:  White Plains, New York
         February 21, 2023

_____
Philip M. Halpern
United States District Judge