UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        **ORDER**

v.

                                 20-CR-00626 (PMH)

DWIGHT REID, et al.,

                       Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Defendants are directed to provide the Government and the Court a list of all defense exhibits by October 20, 2023 that are known at that time, in accordance with the representation set forth in Erskine's counsel's motion *in limine* response brief (Doc. 737).

**SO ORDERED.**

Dated: White Plains, New York
       October 11, 2023

                                  _____
                                   Philip M. Halpern
                                   United States District Judge