*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email: Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

---

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York, White Plains
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-4150

> **Re**: <u>United States v. Dwight Reid</u>
> Docket # 20 Cr 626 (PMH)

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 24, 2023

Dear Judge Halpan:

    This letter is to request that the court permit Dwight Reid to receive non-prison clothing in the U.S Marshals Service SDNY, White Plains office so he can wear them for trial. The trial is scheduled to begin on October 30. 2023. I have enclosed an order for that purpose.

    Thank you for your time and consideration on this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: | */s/Samuel Gregory//*_____ |
|  | Samuel Gregory, Esq |
|  | Attorney for defendant |
|  | 16 Court Street, Suite 3500 |
|  | Brooklyn, New York 11201 |
|  |  |
|  | *Attorney for Dwight Reid* |

Cc: David Russel Felton for the Government (by ECF)