UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
:                    20-CR-626 (PMH)
-v.-                          :
:
:                    **CLOTHING ORDER**
:
DWIGHT REID,                  :
:
:
:
           Defendant.         :
------------------------------------------------------------X

To: U.S MARSHALS SERVICE SOUTHERN DISTRICT OF NEW YORK
    300 QUARROPAS, WHITE PLAINS, NEW YORK

    Upon the application of Samuel Gregory & Michael Burke, attorneys for the above-named defendant, and upon all proceedings previously submitted herein, it is hereby:

    ORDERED, that defendant Dwight Reid, Reg. No.: 19731-509, be permitted to receive non-prison clothing at the U.S Marshals office, SDNY, White Plains office for trial, scheduled to begin on October 30, 2023. We ask he be permitted to have two suit pants, two pairs of socks, two shirts, two suit jackets, one tie or bow tie and a pair of shoes to wear to court.

Dated:      White Plains, New York
            October 24, 2023

SO ORDERED

_____
Hon. Philip M. Halpern
District Judge, United States District Court
Southern District of New York