UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v.-<br><br>DWIGHT REID,<br>    a/k/a "Dick Wolf," and<br>CHRISTOPHER ERSKINE,<br>    a/k/a "Beagle,"<br><br>                    Defendants. | [Proposed] ORDER<br>S10 20 Cr. 626 (PMH) |

## ADMITTED EXHIBITS

As discussed on the record on October 30, 2023, upon the application of the Government, by and through AUSAs Shiva H. Logarajah, David R. Felton, and Kathryn P. Wheelock, and with the consent of the Defendants, by and through their counsel, Michael K. Burke, Esq., Samuel Gregory, Esq., Thomas Ambrosio, Esq., and Lisa Scolari, Esq., IT IS HEREBY ORDERED THAT:

Pursuant to Rules 803(6) and 902(11), (13) of the Federal Rules of Evidence, the parties' stipulation to the records' admissibility, the Government's reasonable written notice of its intent to offer the exhibits, and the written custodial declarations which have been presented to and inspected by the Defendants and comply with the certification requirements of Federal Rules of Evidence 902(11) and (13), the following exhibits are hereby entered into evidence:

- **GX 90 through 93;**
- **GX 836; and**
- **GX 1910, 1911-A and -B, GX 1920, 1920-A through -I, GX 1930, 1931-A through -C, and GX 1940 and 1940-A.**

Dated:  White Plains, New York
    October  31  , 2023

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE