*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

Admitted in NY and NJ

**VIA ECF**

The Honorable
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

          **Re**: <u>United States v. Dwight Reid</u>
          Docket # 20 Cr 626

> Application granted. Defendant Reid's post-trial motion due 2/6/2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          January 10, 2024

Dear Judge Halpern,

    Please be advised that Mr. Reid requests an additional three weeks to submit his rule 29 and rule 33 motions. The Government and counsel for Mr. Erskine consent to this request.
.

                                          Respectfully submitted,

                By:        <u>/s/Samuel Gregory//</u>
                                          Samuel Gregory, Esq
                                          Attorney for defendant
                                          16 Court Street, Suite 3500
                                          Brooklyn, New York 11201

                                          *Attorney for Dwight Reid*

Cc:  David Russell Felton for the Government (by ECF)