*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

April 14, 2024

**VIA ECF**

The Honorable Philip Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **Re**: <u>United States v. Dwight Reid</u>
            Docket # 20 Cr 626

> The Government is directed to file a letter setting forth its position with respect to defendant Reid's request by 5:00 p.m. on 4/19/2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 15, 2024

Dear Judge Halpern,

    Please be advised that we are asking for a short adjournment on Mr. Reid's sentencing date. We ask the sentence to be adjourned from May 21 to any day except, June 19th, the week of June 17th, the primary reason for this request is that our mitigation specialist, Carmeta Albarus, got a late start on this project as she was working in Jamaica, West Indies.

    Unfortunately, the government does not consent to this modest request. The Court may recall that during the very first day of the trial, it asked the parties to try to avoid conflict and work together. We have all done that. In that spirit Mr. Reid humbly asked for this modest change in schedule.

                                         Respectfully submitted,

                        By:    */s/Samuel Gregory//*_____
                               Samuel Gregory, Esq
                               Attorney for defendant
                               16 Court Street, Suite 3500

Brooklyn, New York 11201

*Attorney for Dwight Reid*

Cc: The Hon. Philip M. Halpern (by ECF)
Clerk of Court (PMH) (by ECF)
Shiva Logarajah for the Government (by ECF)

Case 7:20-cr-00626-PMH   Document 853   Filed 04/15/24   Page 2 of 3