UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                          **ORDER**

DWIGHT REID, also known as Dick Wolf,                  20-CR-00626 (PMH)

                              Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On May 14, 2024, Defendant Reid filed an Addendum to Sentencing Memorandum. (Doc. 881). Defendant requests a *Fatico* hearing regarding the factual allegations in paragraphs 45 and 46 of the PSR and the corresponding two-point offense level increases in paragraphs 55 and 56 of the PSR for distribution of a controlled substance in a prison, correctional facility, or detention facility; and bribing or attempting to bribe a law enforcement officer to facilitate the commission of the offense. The Government did not respond to Defendant's arguments concerning the request for a *Fatico* hearing.

      Accordingly, the Government is directed to file a response to Defendant's request for a *Fatico* hearing and to the factual arguments made by Defendant regarding paragraphs 45 and 46 of the PSR by May 16, 2024 at 5:00 p.m.

**SO ORDERED.**

Dated: White Plains, New York
       May 15, 2024

                                                            _____
                                                             Philip M. Halpern
                                                             United States District Judge